Exhibit 1


FISH & RICHARDSON

Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02210-1878
617 542 5070 main
617 542 8906 fax

**VIA FEDERAL EXPRESS**

December 27, 2022

Kevin Su
Principal
su@fr.com
+1 617 521 7827 direct

Harold A. Wong
President & CEO
EnergyLink International
Suite 700
555 4th Avenue SW
Calgary, Alberta, Canada
T2P 3E7

Dear Mr. Wong:

My firm represents Braden Group B.V. f/k/a Innova Global Europe B.V. (the "Company"), the successor-in-interest to your former employer, Innova Global Ltd., and rightful owner of certain intellectual property assets, including trade secret, confidential, and/or proprietary information previously owned by Innova Global Ltd. It has come to the attention of the Company that your company, EnergyLink International ("You" or "Your") has in its possession trade secret, confidential, and/or proprietary information belonging to the Company, including but not limited to certain engineering drawings depicting aspects of the Company's selective catalytic reduction (SCR) systems ("Company Information"), and that Your employees have used and/or disclosed Company Information in the United States without authorization.

Federal and state law strictly prohibit Your use or disclosure of any trade secret, confidential and/or proprietary business information for Your own personal benefit or for the benefit of any third party at any time in any actual or prospective transaction with any third party in the United States. Any conversion or improper use of such information exposes You, and potentially any third party to which You disclosed such information, to potential claims for misappropriation of trade secrets, breach of contract, unfair competition, breach of the fiduciary duty of loyalty, and tortious interference with prospective economic advantage, among others.

The Company demands that You immediately return any tangible or intangible Company Information (in whatever manner or medium maintained, whether originals or copies) to my attention and otherwise destroy remaining copies of such Company Information. The Company additionally demands that You cease and desist using or disclosing any Company Information, including any information derived from Company Information, and claiming that You own any Company Information.

fr.com



Mr. Harold A. Wong
December 27, 2022
Page 2

Thank you in advance for your prompt attention to this matter. Should you or your counsel wish to discuss this further, please contact me at 617-521-7827.

Sincerely,

Kevin Su