# BakerHostetler

Baker&Hostetler LLP

200 Civic Center Drive, Suite 1200
Columbus, OH  43215-4138

T 614.228.1541
F 614.462.2616
www.bakerlaw.com

Monica Cantu
direct dial: 614.462.5122
mlcantu@bakerlaw.com

February 17, 2023

**VIA HAND DELIVERY**

United States Courts
Southern District of Texas
FILED

FEB 17 2023

Southern District of Texas, Clerk of Court
Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002
713-250-5500

Nathan Ochsner, Clerk of Court

Re:    *Commencement of Civil Action*

Dear Clerk:

Enclosed for filing is EnergyLink Corporation's complaint for declaratory judgment with exhibit, civil action sheet, request for issuance of summons, and check for filing fee in the amount of $402.00.

Sincerely,

Monica Cantu
Paralegal

Enclosures