Case 4:23-cv-00626 Document 2 Filed on 02/17/23 in TXSD Page 1 of 2

United States Courts
Southern District of Texas
FILED

FEB 17 2023

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ENERGYLINK CORPORATION <br> d/b/a ENERGYLINK INTERNATIONAL <br> Plaintiff <br><br> v. <br><br> BRADEN GROUP B.V. <br> f/k/a INNOVA GLOBAL EUROPE B.V. <br> Defendant | § § § § § § § § § § | Civil Action No. 23 CV 0626 <br><br> Judge _____ <br><br> JURY DEMANDED |

## CORPORATE DISCLOSURE STATEMENT

Under Federal Rule of Civil Procedure 7.1, Plaintiff EnergyLink Corporation d/b/a EnergyLink International discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: February 17, 2023            Respectfully submitted,

BAKER & HOSTETLER LLP

_/s/ signature_

Billy M. Donley, *attorney-in-charge*
Texas Bar No. 05977085
Mark E. Smith
Texas Bar No. 24070639
811 Main Street, Suite 1100
Houston, Texas 77002
T (713) 751-1600
F (713) 751-1717

1

Kevin W. Kirsch (*pro hac vice* motion forthcoming)
Ohio Bar No. 81996
Andrew E. Samuels (*pro hac vice* motion forthcoming)
Ohio Bar No. 90189
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
T (614) 228-1541
F (614) 462-2616

Attorneys for Plaintiff
EnergyLink Corporation
d/b/a EnergyLink International