| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-00626 |
|---|---|---|---|

EnergyLink Corporation

*versus*

Braden Group BV

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Andrew E. Samuels<br>Baker & Hostetler LLP<br>200 Civic Center Drive, Suite 1200<br>Columbus, Ohio 43215<br>614-228-1541, asamuels@bakerlaw.com<br>Ohio Bar No. 90189 |

| Name of party applicant seeks to appear for: | Plaintiff EnergyLink Corporation |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/22/2023 | Signed: | /s/ Andrew E. Samuels |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____

_____
United States District Judge