# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| EnergyLink Corporation d/b/a EnergyLink International <br><br> *Plaintiff(s)* <br> v. <br> Braden Group B.V. f/k/a Innova Global Europe B.V. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. **2 3 CV 6 2 6** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Braden Group B.V.
KVK 75628155
Vestigingsnr. 000043489192
Nieuw-Eyckholt 290 H
6419DJ
Heerlen

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Billy M. Donley
Mark E. Smith
Baker & Hostetler LLP
811 Main Street, Suite 1100
Houston, Texas 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  **NATHAN OCHSNER**

Date: __FEB 2 1 2023__     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-CV-626

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
                                                        _____
                                                                *Server's signature*

                                                        _____
                                                                *Printed name and title*

                                                        _____
                                                                *Server's address*

Additional information regarding attempted service, etc:

# VERIFIED RETURN OF SERVICE

Job # ORL230597

### Client Info:
BAKERHOSTETLER
200 CIVIC CENTER DR, SUITE 1200
Columbus, OH 43215

### Case Info:

**PLAINTIFF:**
ENERGYLINK CORPORATION d/b/a ENERGYLINK INTERNATIONAL
-versus-
**DEFENDANT:**
BRADEN GROUP B.V. f/k/a INNOVA GLOBAL EUROPE B.V.

USDC FOR THE SOUTHERN DISTRICT OF TEXAS
Court Division: HOUSTON DIVISION

Court Case # **4:23-cv-00626**

### Service Info:

**Received by Sam Staton: on February, 21st 2023 at 03:57 PM**
**Service:** I Served **BRADEN GROUP B.V. C/O THOMAS BREUER, PRESIDENT OF BRADEN GROUP Orange County Convention Center, West Concourse, Halls A-B**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS; COVER SHEET; COVER LETTER; CORPORATE DISCLOSURE STATEMENT**
by leaving with **THOMAS BREUER, PRESIDENT**

**At Business 9800 INTERNATIONAL DR ORLANDO, FL 32819**
On **2/21/2023** at **04:23 PM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

### Served Description: (Approx)

Age: **50**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 8"**, Weight: **200**, Hair: **Bald** Glasses: **No**

I **Sam Staton** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

*Sam Staton* (signature)

**Sam Staton**
Lic # **482**

**ACCURATE SERVE ORLANDO**
424 E CENTRAL BLVD, SUITE 304
Orlando, FL 32801
Phone: (407) 868-5992

Our Job # **ORL230597**


