United States District Court
Southern District of Texas

**ENTERED**
February 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-00626 |
|---|---|---|---|

EnergyLink Corporation

*versus*

Braden Group BV

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Andrew E. Samuels<br>Baker & Hostetler LLP<br>200 Civic Center Drive, Suite 1200<br>Columbus, Ohio 43215<br>614-228-1541, asamuels@bakerlaw.com<br>Ohio Bar No. 90189 |

| Name of party applicant seeks to appear for: | Plaintiff EnergyLink Corporation |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/22/2023 | Signed: | /s/ Andrew E. Samuels |
|---|---|---|

The state bar reports that the applicant's status is: Active

Dated: 2/23/2023   Clerk's signature: R. Hawkins

## Order

Dated: 2/24/23

This lawyer is admitted *pro hac vice*.

_____
United States District Judge