United States District Court<br>
Southern District of Texas<br>
**ENTERED**<br>
February 27, 2023<br>
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-00626 |
|---|---|---|---|

| EnergyLink Corporation |
|---|
| *versus* |
| Braden Group BV |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kevin W. Kirsch<br>Baker & Hostetler LLP<br>200 Civic Center Drive, Suite 1200<br>Columbus, Ohio 43215<br>614-228-1541, kkirsch@bakerlaw.com<br>Ohio Bar No. 81996; Cal. Bar No. 166184 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiff EnergyLink Corporation |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes \_\_\_\_\_ No \_\_✓\_\_

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/22/2023 | Signed: | /s/ Kevin W. Kirsch |
|---|---|---|

The state bar reports that the applicant's status is: Active

Dated: 2/23/2023    Clerk's signature: R. J. Hawkins

**Order**

Dated: 2/24/23

This lawyer is admitted *pro hac vice*.

_____
United States District Judge