IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ENERGYLINK CORPORATION<br>d/b/a ENERGYLINK INTERNATIONAL,<br><br>    Plaintiff,<br><br>    v.<br><br>BRADEN GROUP B.V.<br>f/k/a INNOVA GLOBAL EUROPE B.V.,<br><br>    Defendant. | C.A. No. 4:23-cv-00626 |

**[PROPOSED] ORDER GRANTING DEFENDANT BRADEN GROUP B.V.'S RULE 12(B)(1) AND 12(B)(6) MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM**

Before the Court is Defendant Braden Group B.V.'s Rule 12(b)(1) and 12(b)(6) Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim. Having considered Braden's Motion, the arguments and positions of the parties, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Count 1 of Plaintiff EnergyLink Corporation's Complaint is **DISMISSED** pursuant to Federal Rule of Civil Procedure 12(b)(1), and Counts 2-7 of Plaintiff EnergyLink Corporation's Complaint are **DISMISSED** pursuant to Federal Rule of Civil Procedure 12(b)(6).

Signed in Houston, Texas this ___ day of _____, 2023.

Dated: _____

_____
Andrew S. Hanen
United States District Judge