**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENERGYLINK CORPORATION
d/b/a ENERGYLINK INTERNATIONAL,

      Plaintiff,


      v.

BRADEN GROUP B.V.
f/k/a INNOVA GLOBAL EUROPE B.V.,

      Defendant.

C.A. No. 4:23-cv-00626


**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Braden Group B.V., by and through its counsel, hereby discloses that:

Braden Group B.V. has no parent company.  No publicly held corporation owns 10% or more of Braden Group B.V.'s stock.

Dated:  March 14, 2023

Respectfully submitted,

FISH & RICHARDSON P.C.


By:  */s/ Bailey K. Benedict*
Kevin Su, Attorney-in-Charge (*Pro Hac Vice forthcoming*)
Massachusetts Bar No. 663726
Adam J. Kessel (*Pro Hac Vice forthcoming*)
Massachusetts Bar No. 661211
Philip K. Chen (*Pro Hac Vice forthcoming*)
Massachusetts Bar No. 703289
One Marina Park Drive
Boston, MA 02210
Tel. (617) 521-7042  Fax. (617) 542-8906
Email: su@fr.com; kessel@fr.com; pchen@fr.com

Bailey K. Benedict (admitted in the Southern District of Texas)
Texas Bar No. 24083139
S.D. TX Federal ID No. 1725405
Joshua H. Park (admitted in the Southern District of Texas)
Texas Bar No. 24121766
S.D. TX Federal ID No. 3653542
909 Fannin St., 21st Floor
Houston, TX 77010
Tel. (713) 654-5399  Fax. (713) 652-0109
Email: benedict@fr.com; jpark@fr.com

Kristen McCallion (*Pro Hac Vice forthcoming*)
New York Bar No. 4428470
7 Times Square
20th Floor
New York, NY 10036
Tel. (212) 765-5070  Fax. (212) 258-2291
Email: mccallion@fr.com

*Attorneys for Defendant*
*Braden Group B.V.*
*f/k/a Innova Global Europe B.V.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 14, 2023 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5.1.

*/s/ Bailey K. Benedict*
Bailey K. Benedict
