IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ENERGYLINK CORPORATION<br>d/b/a ENERGYLINK INTERNATIONAL,<br><br>    Plaintiff,<br><br>    v.<br><br>BRADEN GROUP B.V.<br>f/k/a INNOVA GLOBAL EUROPE B.V.,<br><br>    Defendant. | C.A. No. 4:23-cv-00626 |

### DEFENDANT'S MOTION FOR LEAVE FOR ATTORNEY
### KEVIN SU TO APPEAR AS ATTORNEY IN CHARGE

Pursuant to Local Rule 83.1K, Defendant Braden Group B.V. ("Braden"), hereby moves this Court for leave for Kevin Su to appear as attorney-in-charge for Braden in the above-captioned matter. In support thereof, Braden states as follows:

1.    Mr. Su has been an attorney in good standing before the bar of Massachusetts for 18 years. He is also admitted to practice in the United States District Court for the Eastern District of Texas, United States District Court for the Western District of Wisconsin, and Court of Appeals for the Federal Circuit.

2.    Mr. Su has been admitted *pro hac vice* to practice in various Federal district courts over the span of his legal career. He is currently admitted *pro hac vice* in cases before the Courts of United States District Courts for the Central and Northern Districts of California, United States District Court for the NorthernDistrict of Illinois, United States District Court for the Southern District of New York, and United States District Court for the Southern District of Texas.

3.    Mr. Su has never been the subject of any disciplinary proceedings.

1

4. Mr. Su has concurrently filed a motion for *pro hac vice* admission to this Court.

5. Mr. Su will be working with Bailey K. Benedict, who has been admitted in the Southern District of Texas, has been active in this district for over a decade, and will serve in an of-counsel role representing Braden pursuant to Local Rule 11.3B.

WHEREFORE, Defendant Braden respectfully asks that the Court enter an order granting Mr. Su's request for *pro hac vice* admission, and approving his designation as attorney-in-charge.

Dated: March 14, 2023

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Bailey K. Benedict*
   Kevin Su, Attorney-in-Charge (*Pro Hac Vice forthcoming*)
   Massachusetts Bar No. 663726
   Adam J. Kessel (*Pro Hac Vice forthcoming*)
   Massachusetts Bar No. 661211
   Philip K. Chen (*Pro Hac Vice forthcoming*)
   Massachusetts Bar No. 703289
   One Marina Park Drive
   Boston, MA 02210
   Tel. (617) 521-7042  Fax. (617) 542-8906
   Email: su@fr.com; kessel@fr.com; pchen@fr.com

   Bailey K. Benedict (admitted in the Southern District of Texas)
   Texas Bar No. 24083139
   S.D. TX Federal ID No. 1725405
   Joshua H. Park (admitted in the Southern District of Texas)
   Texas Bar No. 24121766
   S.D. TX Federal ID No. 3653542
   909 Fannin St., 21st Floor
   Houston, TX 77010
   Tel. (713) 654-5399  Fax. (713) 652-0109
   Email: benedict@fr.com; jpark@fr.com

   Kristen McCallion (*Pro Hac Vice forthcoming*)
   New York Bar No. 4428470
   7 Times Square
   20th Floor
   New York, NY 10036
   Tel. (212) 765-5070  Fax. (212) 258-2291
   Email: mccallion@fr.com

   *Attorneys for Defendant Braden Europe B.V. f/k/a Innova Global Europe B.V.*

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 14, 2023 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5.1.

                                            */s/ Bailey K. Benedict*
                                            Bailey K. Benedict