| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-626 |
|---|---|---|---|

| EnergyLink Corporation d/b/a EnergyLink International |
|---|
| *versus* |
| Braden Group B.V. f/k/a Innova Global Europe B.V. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kevin Su<br>Fish & Richardson P.C.<br>One Marina Park Drive<br>Boston, MA 02210<br>(617) 521-7827; su@fr.com<br>Massachusetts Bar No. 663726 |
|---|---|

| Name of party applicant seeks to appear for: | Braden Group B.V. f/k/a Innova Global Europe B.V. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 3/14/2023 | Signed: | /s/ Kevin Su |
|---|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated:    Clerk's signature |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____

_____
United States District Judge