| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-626 |
|---|---|---|---|

EnergyLink Corporation d/b/a EnergyLink International

*versus*

Braden Group B.V. f/k/a Innova Global Europe B.V.

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Adam Kessel<br>Fish & Richardson P.C.<br>One Marina Park Drive<br>Boston, MA 02210<br>(617) 368-2180; kessel@fr.com<br>Massachusetts Bar No. 661211 |

| Name of party applicant seeks to appear for: | Braden Group B.V. f/k/a Innova Global Europe B.V. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | Signed: | /s/ Adam Kessel |
|---|---|---|

The state bar reports that the applicant's status is: Active

Dated: 3/14/2023    Clerk's signature

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
United States District Judge