UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-626 |
|---|---|---|---|

| EnergyLink Corporation d/b/a EnergyLink International |
|---|
| *versus* |
| Braden Group B.V. f/k/a Innova Global Europe B.V. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kristen McCallion<br>Fish & Richardson P.C.<br>7 Times Square<br>20th Floor<br>New York, NY  10036<br>(212) 765-5070; mccallion@fr.com<br>New York Bar No. 4428470 |
|---|---|

| Name of party applicant seeks to appear for: | Braden Group B.V. f/k/a Innova Global Europe B.V. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   3/14/2023 | Signed:            /s/ Kristen McCallion |
|---|---|

| The state bar reports that the applicant's status is:  Active |
|---|
| Dated:                    Clerk's signature |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                        United States District Judge