AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| EnergyLink Corporation d/b/a EnergyLink International | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:23-cv-00626 |
| Braden Group B.V. f/k/a Innova Global Europe B.V. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Braden Group B.V. f/k/a Innova Global Europe B.V.

Date: 03/15/2023

/s/ Bailey K. Benedict
*Attorney's signature*

Bailey K. Benedict, Texas Bar No. 24083139
*Printed name and bar number*

Fish & Richardson P.C.
909 Fannin St., 21st Floor
Houston, TX 77010
*Address*

benedict@fr.com
*E-mail address*

(713) 654-5300
*Telephone number*

(713) 652-0109
*FAX number*