AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

|  |  |
|---|---|
| EnergyLink Corporation d/b/a EnergyLink International | ) |
| *Plaintiff* | ) |
| v. | ) |
| Braden Group B.V. f/k/a Innova Global Europe B.V. | ) |
| *Defendant* | ) |

Case No.   4:23-cv-00626

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Braden Group B.V. f/k/a Innova Global Europe B.V.                                                              .

Date:        03/15/2023                                                      /s/ Joshua Park
                                                                                      *Attorney's signature*

                                                              Joshua Park, Texas Bar No. 24121766
                                                                                      *Printed name and bar number*

                                                                        Fish & Richardson P.C.
                                                                        909 Fannin St., 21st Floor
                                                                        Houston, TX 77010

                                                                                      *Address*

                                                                              jpark@fr.com
                                                                                      *E-mail address*

                                                                              (713) 654-5300
                                                                                      *Telephone number*

                                                                              (713) 652-0109
                                                                                      *FAX number*