United States District Court
Southern District of Texas
**ENTERED**
March 16, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-626 |
|---|---|---|---|

EnergyLink Corporation d/b/a EnergyLink International

*versus*

Braden Group B.V. f/k/a Innova Global Europe B.V.

| | |
|---|---|
| Lawyer's Name | Adam Kessel |
| Firm | Fish & Richardson P.C. |
| Street | One Marina Park Drive |
| City & Zip Code | Boston, MA 02210 |
| Telephone & Email | (617) 368-2180; kessel@fr.com |
| Licensed: State & Number | Massachusetts Bar No. 661211 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | Braden Group B.V. f/k/a Innova Global Europe B.V. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | Signed: | /s/ Adam Kessel |
|---|---|---|

The state bar reports that the applicant's status is: Massachusetts  Active

Dated: 3/15/2023     Clerk's signature     /s/Joan Davenport, deputy clerk

**Order**

This lawyer is admitted *pro hac vice*.

Dated: March 15, 2023

Andrew S. Hanen
United States District Judge