United States District Court
Southern District of Texas
**ENTERED**
March 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-626 |
|---|---|---|---|

| EnergyLink Corporation d/b/a EnergyLink International |
|---|
| *versus* |
| Braden Group B.V. f/k/a Innova Global Europe B.V. |

| | |
|---|---|
| Lawyer's Name | Kevin Su |
| Firm | Fish & Richardson P.C. |
| Street | One Marina Park Drive |
| City & Zip Code | Boston, MA 02210 |
| Telephone & Email | (617) 521-7827; su@fr.com |
| Licensed: State & Number | Massachusetts Bar No. 663726 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | Braden Group B.V. f/k/a Innova Global Europe B.V. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/14/2023 | Signed: | /s/ Kevin Su |
|---|---|---|

The Massachusetts state bar reports that the applicant's status is: Active

| Dated: March 15, 2023 | Clerk's signature | /s/ Joan Davenport, deputy clerk |
|---|---|---|

### Order

This lawyer is admitted *pro hac vice*.

Dated: March 15, 2023

Andrew S. Hanen
United States District Judge