United States District Court
Southern District of Texas
**ENTERED**
March 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-626 |
|---|---|---|---|

EnergyLink Corporation d/b/a EnergyLink International

*versus*

Braden Group B.V. f/k/a Innova Global Europe B.V.

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kristen McCallion<br>Fish & Richardson P.C.<br>7 Times Square<br>20th Floor<br>New York, NY 10036<br>(212) 765-5070; mccallion@fr.com<br>New York Bar No. 4428470 |

| Name of party applicant seeks to appear for: | Braden Group B.V. f/k/a Innova Global Europe B.V. |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/14/2023 | Signed: | /s/ Kristen McCallion |
|---|---|---|

The state bar reports that the applicant's status is: **New York** Currently Registered

| Dated: March 15, 2023 | Clerk's signature | /s/ Joan Davenport, deputy clerk |
|---|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: March 15, 2023

/s/ Andrew S. Hanen
Andrew S. Hanen
United States District Judge