IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ENERGYLINK CORPORATION d/b/a ENERGYLINK INTERNATIONAL | § § § | |
| VS | § § | CIVIL ACTION NO. H-23-626 |
| BRADEN GROUP BV f/k/a INNOVAGLOBAL EUROPE BV | § § § | |

***************************

| | | |
|---|---|---|
| BRADEN GROUP B.V. and BRADEN AMERICAS, INC. | § § § | |
| VS | § § | CIVIL ACTION NO. H-23-630 |
| ENERGYLINK INTERNATIONAL INC. and ENERGYLINK CORPORATION | § § § | |

## ORDER OF CONSOLIDATION

Pending before the Court is the Unopposed Joint Motion to Consolidate (Doc. No. 21). The parties are in agreement that these cases involve common questions of law and fact. The Court has considered the motion and finds that the matters in both cases can be resolved together, and that none of the parties will be prejudiced by the consolidation. It is therefore

**ORDERED** that the Unopposed Joint Motion to Consolidate (Doc. No. 21) is **GRANTED**. The Clerk shall consolidate these two cases under Civil Action No. H-23-626.

SIGNED at Houston, Texas, this 3rd day of May 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE