IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ENERGYLINK CORPORATION d/b/a ENERGYLINK INTERNATIONAL<br><br>Plaintiff,<br><br>v.<br><br>BRADEN GROUP BV f/k/a INNOVAGLOBAL EUROPE BV<br><br>Defendant. | C.A. No. 4:23-cv-00626 |
| BRADEN GROUP B.V. and BRADEN AMERICAS, INC.<br><br>Plaintiff,<br><br>v.<br><br>ENERGYLINK INTERNATIONAL INC. and ENERGYLINK CORPORATION<br><br>Defendant. | C.A. No. 4:23-cv-00630 |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS, OR ALTERNATIVELY, MOTION TO DISMISS COUNT II FOR LACK OF SUBJECT-MATTER JURISDICTION**

Before this Court is EnergyLink's Motion for Judgment on the Pleadings, or Alternatively, Motion to Dismiss Count II for Lack of Subject-Matter Jurisdiction and Braden's response thereto. Having considered the parties' respective briefs, the arguments and positions of the parties, the Court finds that EnergyLink's Motion for Judgment on the Pleadings, or Alternatively, Motion to Dismiss Count II for Lack of Subject-Matter Jurisdiction should be **DENIED**.

**IT IS THEREFORE SO ORDERED** that EnergyLink's Motion for Judgment on the Pleadings, or Alternatively, Motion to Dismiss Count II for Lack of Subject-Matter Jurisdiction is **DENIED**.

Signed on this the _____ day of _____, 2023.

                                                                                _____
                                                                                JUDGE ANDREW S. HANEN
                                                                                UNITED STATES DISTRICT JUDGE