IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRADEN GROUP B.V. <br> and BRADEN AMERICAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ENERGYLINK INTERNATIONAL INC. <br> and ENERGYLINK CORPORATION, <br><br> Defendants. | § § § § § § § § § § § § | Case Nos. 4:23-cv-0626 (lead) <br> and 4:23-cv-0630 (member) <br><br> Judge Andrew S. Hanen |

## NOTICE OF WITHDRAWAL OF COUNSEL MARK E. SMITH

The undersigned provides notice of the withdrawal of counsel of record Mark E. Smith for Defendants EnergyLink International Inc. and EnergyLink Corporation across the consolidated cases (Nos. 4:23-cv-0626 and 4:23-cv-0630). Billy M. Donley will remain attorney-in-charge for Defendants.

Dated: September 5, 2023

Respectfully submitted,

BAKER & HOSTETLER LLP

*s/ Billy M. Donley*
Billy M. Donley, attorney-in-charge
Texas Bar No. 05977085
811 Main Street, Suite 1100
Houston, Texas 77002
T (713) 751-1600
F (713) 751-1717

Kevin W. Kirsch, of counsel
(admitted *pro hac vice*)
Ohio Bar No. 81996
Andrew E. Samuels, of counsel
(admitted *pro hac vice*)
Ohio Bar No. 90189
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
T (614) 228-1541
F (614) 462-2616

*Attorneys for Defendants*
*EnergyLink International Inc.*
*and EnergyLink Corporation*

2

**CERTIFICATE OF SERVICE**

Under Fed. R. Civ. P. 5(b)(2)(E), Local Rule 5.1, and Local Rule 5.3, the undersigned hereby certifies that true and correct copies of this notice have been served on all counsel of record via notice of electronic filing automatically generated by the Court's electronic filing system.

Dated: September 5, 2023                    *s/ Billy M. Donley*
                                             Billy M. Donley