**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| ENERGYLINK CORPORATION d/b/a ENERGYLINK INTERNATIONAL,<br><br>    Plaintiff,<br><br>  v.<br><br>BRADEN GROUP B.V. f/k/a INNOVA GLOBAL EUROPE B.V.,<br><br>    Defendant. | C.A. No. H-23-626 |
| BRADEN GROUP B.V. and BRADEN AMERICAS, INC.<br><br>    Plaintiffs,<br><br>  v.<br><br>ENERGYLINK INTERNATIONAL INC. and ENERGYLINK CORPORATION,<br><br>    Defendants. | C.A. No. H-23-630<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] SCHEDULING ORDER**

1. Trial: Estimated time to try: **4 day Jury trial.**

2. New parties must be joined by: **January 24, 2024.**
   *Furnish a copy of this scheduling order to new parties.*

3. Last day to amend pleadings without leave of court: **February 21, 2024.**

4. Parties must substantially complete document production by: **February 7, 2024.**

5. Fact Discovery must be completed by: **April 24, 2024**
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Opening Expert Report on Issues where the party has the burden of proof: **May 29, 2024.**

7. Responsive Expert Reports: **June 26, 2024.**

8. Expert Discovery must be completed by: **July 31, 2024.**

9. Daubert Motions must be filed by: **August 14, 2024.**
   Response due by: August 28, 2024.
   Reply due by: September 6, 2024

10. Dispositive Motions will be filed by: **September 18, 2024.**
    Response due by: October 9, 2024.
    Reply due by: October 23, 2024.

11. Parties to exchange Witness Lists, Exhibit Lists, Deposition Designations, and Motions in Limine under Procedures 11.A.(1) and 19.  **November 22, 2024.**
    *The parties are limited to 5 motions in limine, totaling no more than 10 double-spaced pages. The motions in limine and responses will be filed as an exhibit to the Joint Pretrial Order.*

12. Parties to exchange objections to Witness Lists, Exhibit Lists, Deposition Designations, and Motions in *Limine*.  EnergyLink to provide additions and proposed edits to Pretrial Order and Other Required Documents.  **December 13, 2024.**
    *Responses to motions in limine are limited to a total of 10 double spaced pages.*

13. Braden to provide proposed Joint Pretrial Order and Other Required Documents under Procedure 11.B and 11.C.  **January 10, 2025**.
    Energy link to provide additions and proposed edits by **January 17, 2025**.
    *The parties should meet and confer until the joint pretrial order is due in an effort to come to agreements and narrow any issues or disputes in the joint pretrial order and other required documents.*

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* The Court will provide these dates. \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

14. Joint pretrial order is due:     March 17, 2025
    *The parties understand that the Court will provide this da**te**. Braden is responsible for filing the pretrial order on time.*

15. Final Pretrial Conference is set for **1:30 p.m.** on:     April 14, 2025
    *The parties understand that the Court will provide this date.*

16. Trial is set for **9:00 a.m**. on:     April 28, 2025
    *The parties understand that the Court will provide this date. The case will remain on standby until tried.*

Signed this 10th of October, 2023.

_____
Sam Sheldon
United States Magistrate Judge